**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Quickie Tie-Down Enterprises, Inc., | No. CIV 06-493-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Carolina North Manufacturing, Inc., et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for Dismissal [Doc. No. 34]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED** the parties' Stipulation to Dismiss [Doc. No. 34] is **GRANTED**, and this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter, including the Pretrial Conference set for November 1, 2006, are hereby **VACATED**.

DATED this 31st day of October, 2006.

_____
Stephen M. McNamee
United States District Judge